# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 13, 2013

No. 12-20619

Lyle W. Cayce
Clerk

STEPHEN TAPP,

Plaintiff - Appellant

v.

UNIVERSITY OF TEXAS HEALTH SCIENCES CENTER AT HOUSTON - SCHOOL OF DENTISTRY; JOHN A. VALENZA; J TAYLOR,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CV-2971

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

With regard to Plaintiff's claims under the Americans with Disabilities Act and the Rehabilitation Act, dismissal on the grounds that the claims were not timely filed is affirmed for essentially the reasons given by the district court in its Memorandum and Order filed December 19, 2011. With regard to Plaintiff's 42 U.S.C. § 1983 claim, dismissal based on qualified immunity is affirmed for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-20619

essentially the reasons given by the district court in its Memorandum and Opinion filed August 6, 2012.

AFFIRMED.